Edward C. Hopkins Jr. SBN# 028825
Alexandra Tracy-Ramirez SBN# 028570
**HopkinsWay PLLC**
7900 E. Union Ave., Ste. 1100
Denver, Colorado 80237
(720) 262-5545 tel | (720) 262-5546 fax
ehopkins@hopkinsway.com
atracyramirez@hopkinsway.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FireClean LLC, a limited liability company; David Sugg, an individual; and Edward Sugg, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Andrew Tuohy,<br><br>　　　　　Defendant. | No. 4:16-cv-00604-JAS-EJM<br><br>**NOTICE OF COMPLIANCE** |

　　　Alexandra Tracy-Ramirez, counsel for the Plaintiffs certifies that on January 16, 2018, she sent the following items via private carrier to Judge Soto's Chambers in compliance with this Court's Orders on September 22, 2016 (Doc. 7) and November 7, 2017 (Doc. 49):

- A copy of Plaintiffs' Motion for Protective Order (Doc. 51) and exhibit (Doc. 51-2);
- A copy of a proposed order (Doc. 51-1) that was also emailed to Judge Soto;
- A binder containing tabbed and highlighted copies of the authorities cited to and relied on in Plaintiffs' Motion.

　　　　DATED: January 17, 2018.

　　　　　　　　　　　　　　　　　　**HopkinsWay PLLC**

　　　　　　　　　　　　　　　　　　/s/ Alexandra Tracy-Ramirez
　　　　　　　　　　　　　　　　　　Alexandra Tracy-Ramirez
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>David S. Gingras
>Gingras Law Office, PLLC
>4802 E. Ray Road #23-271
>Phoenix, AZ 85044
>David@GingrasLaw.com

I also certify I mailed a copy of the foregoing document to:

>Honorable James A. Soto
>United States District Court
>Evo A. DeConcini U.S. Courthouse
>405 West Congress Street, Suite 6160
>Tucson, AZ 85701

s/ Alexandra Tracy-Ramirez