Edward C. Hopkins Jr. SBN# 028825
Alexandra Tracy-Ramirez SBN# 028570
**HOPKINSWAY PLLC**
7900 E. Union Ave., Ste. 1100
Denver, Colorado 80237
(720) 262-5545 tel | (720) 262-5546 fax
ehopkins@hopkinsway.com
atracyramirez@hopkinsway.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FireClean LLC, a limited liability company; David Sugg, an individual; and Edward Sugg, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>Andrew Tuohy,<br><br>Defendant. | No. 4:16-cv-00604-JAS-EJM<br><br>**JOINT SETTLEMENT STATUS REPORT** |

The parties discussed settlement options before they filed their Joint Report (Doc. 47) in October 2017. They reported that settlement prospects were not high. They are revisiting discussions this week, but agree settlement prospects continue to be low. The parties are discussing possible terms, but have not reached, and are unlikely to reach, an agreement. They will submit another update within 45 days.

DATED: January 31, 2018.

                                                                          **HOPKINSWAY PLLC**

                                                                          *s/ Edward C. Hopkins Jr*
                                                                          *s/ Alexandra Tracy-Ramirez*
                                                                          Edward C. Hopkins Jr.
                                                                          Alexandra Tracy-Ramirez
                                                                          *Attorneys for Plaintiffs*

**GINGRAS LAW OFFICE, PLLC**

<u>*s/David S. Gingras*</u>
David S. Gingras
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David S. Gingras
Gingras Law Office, PLLC
4802 E. Ray Road #23-271
Phoenix, AZ 85044
David@GingrasLaw.com

<u>s/ Alexandra Tracy-Ramirez</u>