# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FireClean LLC, et al., | No. CV-16-00604-TUC-JAS (EJM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Andrew Tuohy, | |
| Defendant. | |

This matter having come before the Court on motion by Defendant Andrew Tuohy, and the parties having stipulated that good cause exists to modify the Amended Scheduling Order entered in this matter on January 26, 2018 (Doc. 56), and good cause otherwise appearing,

**IT IS HEREBY ORDERED** granting the motion. (Doc. 79). The Scheduling Order entered in this matter is hereby amended as follows: the last day to complete discovery is hereby extended from August 3, 2018 to November 2, 2018. Other than this change, all other dates and deadlines in the Scheduling Order remain the same.

Dated this 7th day of June, 2018.

Eric J. Markovich
United States Magistrate Judge