Edward C. Hopkins Jr. SBN# 028825
Alexandra Tracy-Ramirez SBN# 028570
**HOPKINSWAY PLLC**
7900 E. Union Ave., Ste. 1100
Denver, Colorado 80237
(720) 262-5545 tel | (720) 262-5546 fax
ehopkins@hopkinsway.com
atracyramirez@hopkinsway.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FireClean LLC, a limited liability company; David Sugg, an individual; and Edward Sugg, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> Andrew Tuohy, <br><br> Defendant. | No. 4:16-cv-00604-JAS-EJM <br><br> **JOINT SETTLEMENT STATUS REPORT** |

The parties submitted their last settlement status report on May 1, 2018 per this Court's amended scheduling order (Doc. 56). The parties have not settled the case, and settlement prospects remain low. The parties will submit another update within 45 days.

DATED: June 18, 2018.

**HOPKINSWAY PLLC**

s/ Edward C. Hopkins Jr
s/ Alexandra Tracy-Ramirez
Edward C. Hopkins Jr.
Alexandra Tracy-Ramirez
*Attorneys for Plaintiffs*

-1-

**GINGRAS LAW OFFICE, PLLC**

s/ David S. Gingras
David S. Gingras
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David S. Gingras
Gingras Law Office, PLLC
4802 E. Ray Road #23-271
Phoenix, AZ 85044
David@GingrasLaw.com

I also certify I delivered a copy of the foregoing document by mail or private carrier to:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701-5054

s/ Alexandra Tracy-Ramirez

-2-